**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER BILLS, an individual | ) Case No. 2:17-CV-03914 – R-AS |
| Plaintiffs, | ) |
| vs. | ) **ORDER ON STIPULATED** |
| | ) **PROTECTIVE ORDER** |
| SOCIETY OF PROFESSIONAL ENGINEERING EMPLOYEES IN AEROSPACE, and DOES 1 through 50, inclusive | ) |
| | ) Complaint Filed: 05/24/17 |
| | ) Trial Date: Not Set |
| Defendants. | ) |
| | ) Judge: Hon. Manuel L. Real |

**ORDER ON STIPULATED PROTECTIVE ORDER**

# **ORDER**

Pursuant to the "Stipulated Protective Order," filed concurrently herewith (the "Stipulated Protective Order"), and for good cause shown,

IT IS HEREBY ORDERED that the Stipulated Protective Order is hereby adopted in its entirety and entered as an Order of this Court.

IT IS SO ORDERED.

DATED:    January 30, 2018       _____

                                       Hon. Manuel L. Real
                                       United States District Judge

**ORDER ON STIPULATED PROTECTIVE ORDER**